**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  11 CR. 182 (RMB)

    -against-

                                                  **ORDER**

ANTON KING,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Monday, January 25, 2021 at 11:00 AM is hereby rescheduled to Monday, March 1, 2021 at 9:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0182

Dated: January 20, 2021
       New York, NY

                                                  _____
                                                         RICHARD M. BERMAN
                                                            U.S.D.J.