**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                      Government,

                                                            11 CR. 182 (RMB)

       -against-
                                                            **ORDER**

ANTON KING,
                      Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Tuesday, October 12, 2021 at

10:30 AM is hereby rescheduled to 10:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in

information:


       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0182


Dated: October 6, 2021
       New York, NY




                                        _____
                                              RICHARD M. BERMAN
                                              U.S.D.J.