UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    11 CR. 182 (RMB)

  -against-

                                                    **ORDER**

ANTON KING,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, December 22, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0182

Dated: December 16, 2021
       New York, NY

                                                    _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.