UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                                       **ORDER**

          -against-                                                                                      11 Cr 182

ANTON KING,

                                  Defendant.
------------------------------------------------------------X

      For the reasons stated on the record today, Mr. King shall be placed in a residential reentry center for a period of up to 90 days, during which time Mr. King may not leave the facility except for work, religious observance or other acceptable reasons as approved by the Probation Department.  Mr. King shall abide by all the rules and regulations of the residential reentry center and his supervised release.

      A Court hearing is scheduled for January 20, 2022 at 11:00 am.

Dated:  New York, New York
            December 22, 2021

                                                                            _____
                                                                            **RICHARD M. BERMAN, U.S.D.J.**