UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                11 CR. 182 (RMB)

    -against-

**ORDER**

ANTON KING,
                Defendant.
------------------------------------------------------------X

    In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, January 20, 2022 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0182

Dated: January 12, 2022
       New York, NY

                                    _____
                                    RICHARD M. BERMAN
                                    U.S.D.J.