**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Government,

                                                                                11 CR. 182 (RMB)

         -against-

                                                                                **ORDER**

ANTON KING,

                    Defendant.
------------------------------------------------------------X


         In light of the continuing COVID-19 pandemic, the proceeding scheduled for

Wednesday, February 2, 2022 at 4:00 PM is being held telephonically pursuant to the CARES

Act and applicable implementing court procedures.

         Participants, members of the public and the press can use the following dial-in

information:

         USA Toll-Free Number: (877) 336-1829
         Access Code: 6265989
         Security Code: 0182


Dated: January 26, 2022
         New York, NY


                                                                _____
                                                                      RICHARD M. BERMAN
                                                                      U.S.D.J.