UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

                        11 CR. 182 (RMB)

   -against-

                        **ORDER**

ANTON KING,
          Defendant.
------------------------------------------------------------X

The proceeding previously scheduled for Wednesday, February 2, 2022 at 4:00 PM is hereby adjourned to Thursday, March 3, 2022 at 9:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0182

Dated: February 23, 2022
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.