**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

                                                                        11 CR. 182 (RMB)

        -against-

                                                                        **ORDER**

ANTON KING,
                        Defendant.
------------------------------------------------------------X

        In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday,

May 3, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable

implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0182


Dated: April 27, 2022
        New York, NY



                                                                _____
                                                                        RICHARD M. BERMAN
                                                                        U.S.D.J.