UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
             Government,

    -against-

ANTON KING,
             Defendant.
------------------------------------------------------------X

11 CR. 182 (RMB)

**ORDER**

      The proceeding scheduled for Tuesday, May 3, 2022 at 9:00 AM is hereby rescheduled to Wednesday, May 4, 2022 at 11:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0182

Dated: May 2, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.