UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  11 CR. 182 (RMB)

   -against-

                                                                **AMENDED ORDER**

ANTON KING,
                Defendant.
------------------------------------------------------------X

      The proceeding scheduled for Wednesday, May 4, 2022 at 11:30 AM is hereby rescheduled to 1:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0182

Dated: May 2, 2022
       New York, NY

                                                  */s/ Richard M. Berman*
                                             RICHARD M. BERMAN
                                                  U.S.D.J.