UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

ANTON KING,
                Defendant.
-----------------------------------------------------------X

11 CR. 182 (RMB)

**ORDER**

.

    In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, June 8, 2022 at 1:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0182

Dated: June 1, 2022
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.