**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                 11 CR. 182 (RMB)

  -against-

                                                                                **ORDER**

ANTON KING,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 28, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial-in Number: (646) 453-4442
       Conference ID: 312 187 796#

Dated: September 19, 2022
       New York, NY

                                                                         _____
                                                                         RICHARD M. BERMAN
                                                                               U.S.D.J.