UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

ANTON KING,
                Defendant.
------------------------------------------------------------X

11 CR. 182 (RMB)

**ORDER**

.

       The supervised release hearing scheduled for Monday, December 19, 2022 at 9:00 A.M. – in the absence of defense objection – is being held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 187 423 054#

Dated: December 14, 2022
       New York, NY

_____
      RICHARD M. BERMAN
             U.S.D.J.