UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,        :        11 CR. 182 (RMB)
                                         :
     - against -                        :        **ORDER**
                                         :
ANTON KING,                              :
                Defendant.         :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Monday, February 13, 2023 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 556 848 700#

Dated: February 8, 2023
       New York, NY

                                          *Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                              **U.S.D.J.**